# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00683-CV

## In re Nelson Partners, LLC; NP Skyloft Equity, LLC ; and Nelson Brothers Property Management, Inc. d/b/a Nelson Partners Property Management, Inc.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). We lift our stay entered on December 28, 2021, and deny real party in interest's motion to dismiss and Rule 24.4 emergency motion.

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Smith

Filed: January 25, 2022